1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAPHAEL ROSINGANA, et al.,

11            Petitioners,                    No. MISC-07-88 LEW KJM

12        vs.

13   UNITED STATES OF AMERICA, et al.,

14            Respondents.                    <u>ORDER</u>

15   _____/

16          This action was referred to the undersigned pursuant to Local Rule 72-302(c).

17   Calendared for hearing on November 28, 2007 is respondents' motion to dismiss.  No opposition

18   to the motion has been filed.

19          Local Rule 78-230(c) provides that opposition to the granting of a motion must be

20   filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o

21   party will be entitled to be heard in opposition to a motion at oral arguments if written opposition

22   to the motion has not been timely filed by that party."  In addition, Local Rule 78-230(j)

23   provides that failure to appear may be deemed withdrawal of opposition to the motion or may

24   result in sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local

25   Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or

26   within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of November 28, 2007 is vacated. Hearing on respondents' motion is continued to December 12, 2007 at 10:00 a.m. in courtroom no. 26.

2. Petitioners shall file opposition, if any, to the motion no later than November 28, 2007. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: November 20, 2007.

_____
U.S. MAGISTRATE JUDGE

006
rosingana.con