IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAPHAEL ROSINGANA, et al.,

    Petitioners,                                       NO. Misc S-07-88 LEW KJM

    v.

UNITED STATES OF AMERICA,              <u>FINDINGS AND RECOMMENDATIONS</u>

    Respondent.

_____/

        Respondent's motion to dismiss came on regularly for hearing January 16, 2008. No appearance was made for petitioner Raphael Rosingana. Aaron Bailey appeared for respondent. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        This action is a petition to quash a third party summons issued by the IRS to petitioner's bank. Petitioner is an attorney and the summons is directed to the bank account of petitioner's professional corporation. Respondent moves to dismiss.

        Respondent contends petitioner is without standing to quash the summons and thus there is no waiver of sovereign immunity. 26 U.S.C. § 7609(c)(2)(D) provides that notice of the summons is not required where the summons is issued in aid of collection. The revenue officer has submitted an affidavit indicating the summons was in aid of collection and petitioner

1

1  does not dispute his fiduciary relationship with his eponymous professional corporation.  As
2  such, petitioner has no standing to bring the present action.  See Ip v. United States, 205 F.3d
3  1168 (9th Cir. 2000); see also Barmes v. United States, 199 F.3d 386 (7th Cir. 1999).
4         Petitioner contends the information sought in the summons should not be
5  disclosed because it pertains to his California State Bar trust account.  There is no attorney-client
6  privilege that bars disclosure of this information.  See Reiserer v. United States, 479 F.3d 1160
7  (9th Cir. 2007).
8         Accordingly, IT IS HEREBY RECOMMENDED that the petition to quash be
9  dismissed.
10        These findings and recommendations are submitted to the United States District
11 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
12 days after being served with these findings and recommendations, plaintiff may file written
13 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
14 Findings and Recommendations."  Petitioners are advised that failure to file objections within
15 the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
16 F.2d 1153 (9th Cir. 1991).
17 DATED:  January17, 2008.

_____
U.S. MAGISTRATE JUDGE

006
rosingana.57