IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAPHAEL ROSINGANA, et al.,

      Petitioners,                      No. Misc S-07-0088 LEW KJM

      vs.

UNITED STATES OF AMERICA,

      Respondent.                   <u>ORDER</u>

_____/

      This matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c).

      On January 18, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days.  No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed January 18, 2008, are adopted in full; and

2. The petition to quash is dismissed.

DATED: 03/12/2008

/s/ Ronald S. W. Lew
UNITED STATES DISTRICT JUDGE

rosi0088.801

2